PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Wali Richardson                    **Docket Number:** 06-00373-001
                                                          **PACTS Number:** 46003

**Name of Sentencing Judicial Officer:** The Honorable Dennis M. Cavanaugh, U.S.D.J.

**Date of Original Sentence:** 07/26/2007

**Original Offense:** Possession of a firearm by a convicted felon.

**Original Sentence:** 48 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release          **Date Supervision Commenced:** 05/29/2009

**Assistant U.S. Attorney:** Paul Matey, 970 Broad Street, Room 502, Newark, New Jersey 07102,
(973) 645-2700

**Defense Attorney:** Federal Public Defender's Office, 972 Broad Street, 2nd Floor, Newark, New Jersey
07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]   To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On December 5, 2009, Richardson was arrested by officers of the Newark Police Department after he punched and then robbed someone of $30. Richardson was subsequently charged with robbery in violation of N.J.S.A. 2C:15-1. Richardson was also charged with resisting arrest in violation of N.J.S.A. 2C:29-2. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | On or before December 8, 2009, Richardson failed to notify the probation office within 72 hours of his arrest on December 5, 2009. |

PROB 12C - Page 2
Wali Richardson

3          The offender has violated the supervision condition which states 'You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.'

Richardson has been unemployed since the commencement of supervision. He was not excused by the probation office from the requirement of working.

4          The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'

Richardson failed to submit *Monthly Supervision Reports* for the months of October and November of 2009.

5          The offender has violated the supervision condition which states 'As a condition of supervision, you shall pay to the United States a special assessment of $100; which shall be due immediately. '

Richardson has not paid his special assessment immediately. To date, Richardson has paid a total of $45 and has an outstanding balance of $55.

6          The offender has violated the supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

On December 5, 2009, Richardson associated with Omar Green who is a convicted felon. Richardson did not have the permission of the probation office to associate with Green.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 12/08/2009

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge

1 – 11 – 10
_____
Date